FILE COPY

RE: Case No. 25-0973              DATE: 10/31/2025
COA #: 15-24-00082-CV          TC#: 2621-21
STYLE: PARIS v. STATE OF TEX.

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

JACOB  PRZADA
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0973                    DATE: 10/31/2025
COA #: 15-24-00082-CV                    TC#: 2621-21
STYLE: PARIS v. STATE OF TEX.

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    MR. JOHNATHAN D. STONE
                    OFFICE OF THE ATTORNEY GENERAL
                    P.O. BOX 12548
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0973        DATE: 10/31/2025
COA #: 15-24-00082-CV        TC#: 2621-21
STYLE: PARIS v. STATE OF TEX.

     A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                MR. MARK JAMES SCHROEDER
                HEJL & SCHROEDER PC
                PO BOX 192
                TAYLOR, TX  76574-0192
                * DELIVERED VIA E-MAIL *

RE: Case No. 25-0973                     DATE: 10/31/2025
COA #: 15-24-00082-CV                          TC#: 2621-21
STYLE: PARIS v. STATE OF TEX.

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MS. GABRIELLE  SMITH
LLOYD GOSSELINK ROCHELLE & TOWNSEND
816 CONGRESS AVENUE
SUITE 1900
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0973               DATE: 10/31/2025
COA #: 15-24-00082-CV                    TC#: 2621-21
STYLE: PARIS v. STATE OF TEX.

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

DISTRICT CLERK  BASTROP COUNTY
BASTROP COUNTY COURT
P.O. BOX 770
BASTROP, TX  78602
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0973          DATE: 10/31/2025
COA #: 15-24-00082-CV         TC#: 2621-21
STYLE: PARIS v. STATE OF TEX.

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

ETHAN SZUMANSKI
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0973                    DATE: 10/31/2025
COA #: 15-24-00082-CV                    TC#: 2621-21
STYLE: PARIS v. STATE OF TEX.

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

> MR. RICHARD S. GLADDEN
> LAW OFFICE OF RICHARD GLADDEN
> 1204 WEST UNIVERSITY DRIVE
> SUITE 307
> DENTON, TX  76201
> * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0973                    DATE: 10/31/2025
COA #: 15-24-00082-CV                    TC#: 2621-21
STYLE: PARIS v. STATE OF TEX.

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0973          DATE: 10/31/2025
COA #: 15-24-00082-CV         TC#: 2621-21

STYLE: PARIS v. STATE OF TEX.

    A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

KYLE TEBO
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *